**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | |
|---|---|
| In Re: | Case No. 17-10521 |
| Jonas Grayson Davenport | Chapter 13 |
| Debtor. | Judge Joan A. Lloyd |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This matter is before the Court upon the *Affidavit of Default* filed by US Bank Trust N.A., as Trustee of Bungalow Series F Trust ("Creditor") on June 27, 2018 (the "Affidavit"). The Court, having reviewed the Affidavit, the *Agreed Order on Motion for Relief from Stay Filed by US Bank Trust N.A., as Trustee of Bungalow Series F Trust as to Property Known as 730 Hammett Hill Road, Bowling Green, KY 42101 (Doc. 79)* entered on January 29, 2018 (Doc. 40) (the "Agreed Order") and the *Motion for Relief from Stay Filed by US Bank Trust N.A., as Trustee of Bungalow Series F Trust as to Property Known as 730 Hammett Hill Road, Bowling Green, KY 42101* filed by Creditor on December 20, 2017 (Doc. 34), and being other duly advised, now rules as follow:

Pursuant to the Agreed Order, the Court hereby terminates the automatic stay of 11 U.S.C. §362 with respect to Creditor and the real property commonly known as 730 Hammett Hill Road, Bowling Green, KY 42101 ("Property"); The stay in Fed. R. Bank.P. 4001(a)(3) does not apply.

This is a final and appealable order.

Respectfully submitted,

 /s/ D. Anthony Sottile
D. Anthony Sottile (92251)
Jon Lieberman (86802)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
bankruptcy@sottileandbarile.com

Pursuant to Local Role 9022-1(c), D. Anthony Sottile shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(c) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

**DISTRIBUTION LIST**

Christopher Michael Carey
Crain - Schuette Attorneys
719A Dishman Lane
Bowling Green, KY 42102-0778
mike@csafirm.com

William W. Lawrence -13
310 Republic Plaza
200 S. Seventh Street
Louisville, KY 40202
ECF@louchapter13.com
Chapter 13 Trustee

Charles R. Merrill
Asst. U.S.Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

Jonas Grayson Davenport
730 Hammett Hill Road
Bowling Green, KY 42101